Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  18−24414−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raul Maricich
   730 Garden St
   Hoboken, NJ 07030−4004

Social Security No.:
   xxx−xx−9268

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/18 at 10:00 AM

to consider and act upon the following:

*25* − Document re: Letter Confirming Adjourned Hearing Date and Time (related document:13 Motion for Relief From Stay filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders CWALT, Inc., ALTERNATIVE LOAN TRUST 2006−OA6 MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−OA6) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders CWALT, Inc., ALTERNATIVE LOAN TRUST 2006−OA6 MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−OA6. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 11/14/18

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court