Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24414−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raul Maricich
   730 Garden St
   Hoboken, NJ 07030−4004

Social Security No.:
   xxx−xx−9268

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/15/18 at 10:00 AM

to consider and act upon the following:

*25* − Document re: Letter Confirming Adjourned Hearing Date and Time (related document:13 Motion for Relief From Stay filed by Creditor The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders CWALT, Inc., ALTERNATIVE LOAN TRUST 2006−OA6 MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−OA6) filed by Denise E. Carlon on behalf of The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders CWALT, Inc., ALTERNATIVE LOAN TRUST 2006−OA6 MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2006−OA6. (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 11/13/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24414-RG
Raul Maricich                                                             Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Nov 13, 2018
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db             Raul Maricich,    730 Garden St,    Hoboken, NJ   07030-4004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Nancy Isaacson    nisaacson@greenbaumlaw.com,    isaacson@remote7solutions.com;J101@ecfcbis.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6 MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent J. D'Elia    on behalf of Debtor Raul  Maricich vjd@deliamccarthy.com
                                                                                             TOTAL: 6